UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 08 B 09147
    ELLIS BANKS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9566
```

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/15/2008 and was not confirmed.

     The case was dismissed without confirmation 07/07/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESCAP MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| FREMONT INVESTMENT | CURRENT MORTG | .00 | .00 | .00 |
| FREMONT INVESTMENT | MORTGAGE ARRE | 5840.00 | .00 | .00 |
| RESCAP MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| RESCAP MORTGAGE | MORTGAGE ARRE | 6362.00 | .00 | .00 |
| COOK COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSEC W/INTER | 781.31 | .00 | .00 |
| FIFTH THIRD BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NICOR GAS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSEC W/INTER | 639.37 | .00 | .00 |
| B-REAL LLC | UNSEC W/INTER | 2908.03 | .00 | .00 |
| B-REAL LLC | UNSEC W/INTER | 763.27 | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSEC W/INTER | 1573.62 | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSEC W/INTER | 372.43 | .00 | .00 |
| MTGLQ | UNSEC W/INTER | 28899.84 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 314.00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                           .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                      ---------------    ---------------
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09147 ELLIS BANKS

TOTALS                                          .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                                   /s/ Tom Vaughn

Dated: 10/23/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE